# Court of Appeals
# of the State of Georgia

ATLANTA,  December 10, 2014

*The Court of Appeals hereby passes the following order:*

**A15I0078. KIMBERLY HOWELL v. THE STATE**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED.  The Appellant may file a Notice of Appeal within 10 days of this order.  The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:
14CR995



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  December 10, 2014*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*